STATE OF NEBRASKA, APPELLEE, V. JAMES McGOVERN, APPELLANT.

201 N. W. 2d 202

Filed October 6, 1972. No. 38373.

James McGovern, pro se.

Clarence A. H. Meyer, Attorney General, and James J. Duggan, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

NEWTON, J.

Defendant was convicted, on a plea of guilty, of a violation of section 28-472.04 (3), R. S. Supp., 1969. He asserts that the sentence of not less than 2 nor more than 4 years is excessive.

Neither the record of this case nor the law sustain defendant's contention. See Rule 20. See, also, State v. Koch, 188 Neb. 392, 196 N. W. 2d 910.

AFFIRMED.